UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MICHAEL JACKSON | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| *versus* | § | CIVIL ACTION 4:13-CV-02008 |
| | § | |
| WILLIAM STEPHENS, Director of the Texas | § | |
| Department of Criminal Justice - Correctional | § | |
| Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## Final Judgment

Michael Jackson's petition for writ of habeas corpus is denied.

Signed _Dec. 24_, 201_3_, at Houston, Texas.

Lynn N. Hughes
United States District Judge